**BERLINER, CORCORAN & ROWE, L.L.P.**
ATTORNEYS-AT-LAW
1101 SEVENTEENTH STREET, N.W.
SUITE 1100
WASHINGTON, D.C. 20036-4798
TELEPHONE (202) 293-5555   FAX (202) 293-9035
WWW.BCR.US

THOMAS G. CORCORAN, JR.
WAYNE H. RUSCH
CLEMENS KOCHINKE
RICHARD LANDFIELD
BENJAMIN H. FLOWE, JR.
BRUCE ZAGARIS
JOHN A. ORDWAY
JAMES L. MARKETOS
JAY A. ROSENTHAL
MARY-ELLEN NOONE
ALEXANDER C. VINCENT
DANIEL FISHER-OWENS

THOMAS G. CORCORAN (1900-1981)
JAMES H. ROWE, JR. (1909-1984)

COUNSEL
THOMAS E. WILSON


PLAINTIFF'S EXHIBIT 1

March 17, 2005

**PRIVILEGED AND CONFIDENTIAL
VIA FIRST-CLASS MAIL AND
ELECTRONIC MAIL (mmontini@campaignsecrets.com)**

Mr. Mark Montini
1765 Ridgemill Terrace
Dacula, Georgia 30019-2952

      Re:   *Raymen, et al. v. United Seniors Ass'n, Inc., et al.*, No. 1:05-CV-00486 (RBW) (D.D.C. filed Mar. 9, 2005)

     We are pleased that you have asked us to represent you in connection with the referenced civil action in which plaintiffs Richard M. Raymen and Steven P. Hansen, of Portland, Oregon, seek $25 million in compensatory and punitive damages against United Seniors Association, Inc. (d/b/a/ USA Next) and you for libel, invasion of privacy (misappropriation of likeness and false light), and intentional infliction of emotional distress.

     We understand the scope of our representation of you to be the defense of your interests in the referenced case through the conclusion of the trial phase, be it through pre-trial disposition, trial, or settlement. Any appeal will be the subject of a separate engagement agreement. To the extent it is consistent with your interests, you have also asked us to cooperate as much as possible and coordinate litigation strategy with your co-defendant USA Next and its counsel, Robert Sparks, Esq., of Sparks and Craig in McLean, Virginia. We are also prepared to represent you in connection with any copyright infringement claim that may arise out of the dispute in the referenced case.

     If necessary to defend your interests in this case, we will seek outside help from professionals (*e.g.*, expert witnesses, private investigators, process servers, court reporters and videographers) who possess the skills and experience we believe are needed for assistance. Although we do not at this point see a need to engage such

BERLINER, CORCORAN & ROWE

Mr. Mark Montini
March 17, 2005
page 2

professionals, they are often necessary in some capacity during the course of a civil action. Of course, we will not engage any professionals without first consulting you.

Our fees are based on our usual hourly rates, plus out-of-pocket expenses. The level of our rates are adjusted periodically, usually at the beginning of each calendar year. You will be billed monthly for hours actually worked on your behalf. We expect our statements to be paid in the normal course of business within thirty (30) days of receipt. We reserve the right to charge interest, at a rate of 1½ percent per month, on any balance over thirty (30) days and, if necessary, to withdraw from providing further services if the payment history is unsatisfactory.

Our bills are itemized. They reflect a summary of the work performed during the period, the attorneys who performed the work, the number of hours expended, and the attorneys' hourly rates. Out-of-pocket expenses are also itemized.

The hourly rates charged by our firm range from $140 to $410 per hour. My billing rate is $375 per hour. Alex Vincent's rate is $200 per hour. Other attorneys in the firm may be called on to assist in the representation. To the extent possible, and where appropriate, we have the necessary work performed by more junior people in the firm in order to keep costs down as much as possible.

We have performed our usual conflicts check and we know of no reason why we cannot undertake the representation you have requested in this matter. It is the policy of our firm to require new clients to pay an up-front retainer before we perform significant work. In that regard, as we discussed during our telephone conference this morning, we need to receive a retainer of $5,000, against which we will bill with the understanding that you will replenish it monthly. We will deposit the retainer in our operating account and not hold it in a separate account. If, at the conclusion of our representation, there are funds remaining in the retainer, we will refund that balance along with a bill reflecting the final services rendered and disbursements posted and charged.

If the terms outlined herein are acceptable to you, please sign below and return a copy of this letter to us at your earliest convenience. In the meantime, should you have

BERLINER, CORCORAN & ROWE

Mr. Mark Montini
March 17, 2005
page 3

questions, please call.

                                             Sincerely,

                                             Thomas E. Wilson


I understand and agree to the foregoing terms:

Mark Montini