BERLINER, CORCORAN & ROWE, L.L.P.
ATTORNEYS-AT-LAW
1101 SEVENTEENTH STREET, N.W.
SUITE 1100
WASHINGTON, D.C. 20036-4798
(202) 293-5555



PLAINTIFF'S EXHIBIT 2

## PRIVILEGED AND CONFIDENTIAL
## ATTORNEY WORK PRODUCT

Mr. Mark Montini
1765 Ridgemill Terrace
Dacula, Georgia 30019-2952

March 6, 2006
Client No: 130-05

### FOR PROFESSIONAL SERVICES RENDERED TO MARK MONTINI FOR FEBRUARY 2006

To act as counsel in a civil action in which plaintiffs Richard M. Raymen and Steven P. Hansen, of Portland, Oregon, seek $25 million in compensatory and punitive damages against United Seniors Association, Inc. (d/b/a/ USA Next) and Montini for libel, invasion of privacy (misappropriation of likeness and false light), and intentional infliction of emotional distress.

| | |
|---|---:|
| Total Fees: | $ 1,097.50 |
| Total Disbursements: | $ .56 |
| Total This Period: | $ 1,098.06 |
| Previously Billed Amount | $ 138,942.88 |
| **TOTAL AMOUNT DUE:** | **$ 140,040.94** |

BERLINER, CORCORAN & ROWE, L.L.P.
ATTORNEYS-AT-LAW
1101 SEVENTEENTH STREET, N.W.
SUITE 1100
WASHINGTON, D.C. 20036-4798
(202) 293-5555

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT**

March 6, 2006
Client No: 130-05

Mr. Mark Montini
1765 Ridgemill Terrace
Dacula, Georgia 30019-2952

FOR PROFESSIONAL SERVICES RENDERED TO
MARK MONTINI FOR FEBRUARY 2006

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 2/01/06 | A. Vincent | .30 | Teleconference with J. Johnson, Esq., re response to plaintiffs' counsel's letter requesting statement of defendants' intentions re use of plaintiffs' photograph. |
| 2/02/06 | A. Vincent | .20 | Teleconference with T. Wilson re draft letter from USA Next's counsel to plaintiffs' counsel re statement of USA Next's current intention to use plaintiffs' photograph; review draft. |
| 2/06/06 | T. Wilson | .20 | Review C. Wolfe letter; review A. Vincent e-mail enclosing Wolf letter to Montini. |
|  | A. Vincent | .50 | Draft response to plaintiffs' counsel's request for statement of client's current intentions re use of photograph of plaintiffs; e-mail to client re same. |
| 2/07/06 | T. Wilson | .30 | Review and comment on draft letter; review and sign final letter; review A. Vincent e-mail to client. |

Mr. Mark Montini - Billing
March 6, 2006
Page 2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 2/08/06 | T. Wilson | .40 | Discuss Montini situation in light of decision of plaintiffs to appeal; review A. Vincent e-mail to client re appeal of the District Court decision, etc. |
| | A. Vincent | .40 | Review plaintiffs' notice of appeal and discuss same w/ T. Wilson and JAM; e-mail to client re same. |
| 2/22/06 | A. Vincent | 1.40 | Draft e-mail to client re status of appeal and unpaid account; teleconference with client re same; teleconference with client re income and fundraising prospects. |
| 2/28/06 | A. Vincent | 1.00 | Research form for confession of judgment; draft e-mail to client re status of appeal and implications of failure to pay outstanding balance. |

T. E. Wilson    .90 hours at $375
A. Vincent    3.80 hours at 200

| | |
|---|---|
| Total Fees: | $ 1,097.50 |
| Total Disbursements: | $ .56 |
| Total This Period: | $ 1,098.06 |
| Previously Billed Amount | $ 138,942.88 |
| **TOTAL AMOUNT DUE:** | **$ 140,040.94** |