UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

BERLINER, CORCORAN & ROWE, L.L.P.,

                Plaintiff,

    - against -                Case No. 1:06-CV-00674 (GK)

MARK MONTINI,

                Defendant.

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for plaintiff Berliner, Corcoran & Rowe, L.L.P., in this action and accordingly requests that all papers and notices served in the action be served upon him by electronic means or otherwise at the address stated below.

Dated:  Washington, D.C.
         April 17, 2006

                            BERLINER, CORCORAN & ROWE, L.L.P.

                            *Pro se*

              By:    /s/ Alexander C. Vincent
                       Alexander C. Vincent
                          D.C. Bar No. 473459

                       1101 17th Street, N.W.
                       Suite 1100
                       Washington, D.C. 20036-4798
                       Telephone: (202) 293-5555
                       Fax: (202) 293-9035
                       E-mail: acv@bcr-dc.com