UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.,

           Plaintiff,

- against -

MARK MONTINI,

           Defendant.

Case No. 1:06-CV-00674 (GK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for plaintiff Berliner, Corcoran & Rowe, L.L.P., in this action and accordingly requests that all papers and notices served in the action be served upon him by electronic means or otherwise at the address stated below.

Dated: Washington, D.C.
       April 17, 2006

BERLINER, CORCORAN & ROWE, L.L.P.

*Pro se*

By:   /s/ Jason A. McClurg
        Jason A. McClurg
          D.C. Bar No. 491172

1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail: jam@bcr-dc.com