# UNITED STATES DISTRICT COURT
## District of Columbia

Berliner, Corcoran & Rowe, L.L.P.

**SUMMONS IN A CIVIL CASE**

V.

Mark Montini

CASE N

CASE NUMBER 1:06CV00674

JUDGE: Gladys Kessler

DECK TYPE: Contract

DATE STAMP: 04/13/2006

TO: (Name and address of Defendant)

Mark Montini
1765 Ridgemill Terrace
Dacula, Georgia 30019-2952

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Wilson, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036-4798

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        APR 13 2006
CLERK                             DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/24/06 |
| NAME OF SERVER (PRINT) Rachel Bass | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1765 Ridgemill Terrace, Dacula, GA 30019

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/06
  Date                 Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.