UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.,

    Plaintiff,

- against -

MARK MONTINI,

    Defendant.

Case No. 1:06-CV-00674 (GK)

**DECLARATION IN SUPPORT OF DEFAULT**

I, ALEXANDER C. VINCENT, make the following declaration pursuant to 28 U.S.C. § 1746:

1. Except where stated otherwise, I make this declaration on the basis of personal knowledge and in support of the application of plaintiff Berliner, Corcoran & Rowe, L.L.P. ("BCR"), for entry of default pursuant to Fed. R. Civ. P. 55(a).

2. I am the attorney of record for BCR in the captioned action.

3. This action was filed April 13, 2006 (Docket # 1-1).

4. I made arrangements with private process server Rachel M. Bass to deliver the process in this action personally to defendant Mark Montini. Evidence that Montini was personally served with process on April 24, 2006, is contained in the Return of Service declared by Ms. Bass to be true and correct under penalty of perjury and filed by me on May 2, 2006 (Docket # 4).

5. BCR's claims for relief arise out of Montini's transaction of business with BCR in the District of Columbia. The authority for obtaining personal jurisdiction over Montini

served outside the District of Columbia is therefore D.C. Code Ann. § 13-423(a)(1) (LexisNexis 2001).

6. Having personally reviewed the docket in this action, I know that no appearance has been entered by Montini and that no pleading has either been filed with the Court or served upon counsel for BCR as of the date this declaration is executed.

7. No extension of the time to plead or otherwise defend prescribed by Fed. R. Civ. P. 12(a)(1)(A) has been given to Montini, and the time for serving his answer thereunder expired on May 15, 2006.

8. Montini is neither an infant nor an incompetent person.

9. By virtue of the foregoing facts and as required by Fed. R. Civ. P. 55(a), the Clerk is requested to enter a Default against Montini.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 23, 2006

/s/ Alexander C. Vincent
Alexander C. Vincent
D.C. Bar No. 472459

1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail: acv@bcr-dc.com

2