UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.,

                Plaintiff,

    - against -    Case No. 1:06-CV-00674 (GK)

MARK MONTINI,

                Defendant.

**DECLARATION OF COMPLIANCE WITH**
**THE SERVICEMEMBERS CIVIL RELIEF ACT**

      I, ALEXANDER C. VINCENT, make the following declaration pursuant to 28 U.S.C. § 1746 and 50 U.S.C. app. § 521(b)(4):

      1.    I am the duly authorized agent of BCR in the captioned action, and I make this declaration in BCR's behalf.  Except where stated otherwise, I make this declaration on the basis of personal knowledge.

      2.    I make this declaration in support of the application of plaintiff Berliner, Corcoran & Rowe, L.L.P. ("BCR"), for entry of default pursuant to Fed. R. Civ. P. 55(a) and pursuant to the provisions of the Servicemembers Civil Relief Act, Pub. L. No. 108-189, 117 Stat. 2835 (2003) (codified at 50 U.S.C. app. §§ 501-596) (the "Act").[1]

      3.    On behalf of BCR, I have caused careful investigation to be made to ascertain whether the above-named defendant Mark Montini ("Montini") is in the military

---

[1] The Act completely replaced and superseded the Soldiers' and Sailors' Civil Relief Act of 1940, ch. 888, 54 Stat. 1178 (codified as amended until December 19, 2003, at 50 U.S.C. App. §§ 501 *et seq.*).

service of the United States or its Allies. Specifically, I caused an inquiry to be made with commercial databases containing address information received from credit reporting agencies and other sources. This inquiry revealed that, from 1990 to the present, Montini has maintained residence addresses in Colorado, Iowa, Virginia, and Georgia, none of which are military installations or military post offices. Also, I caused an inquiry to be made with the commercial Internet database www.military.com, which confirmed that Montini is not in the military service of the United States. In addition, I made telephonic inquiries with the personnel locator services of the United States Navy, the United States Marine Corps, the United States Air Force, and the United States Coast Guard, all of which reported that Montini is not a member on active duty, a retired member, a member of the reserve, or (in the case of the Air Force), a member of the national guard of those branches of the armed services.[2]

    4.    Based on the foregoing investigation and on my personal knowledge of Montini as a former client of BCR, I have discovered and do hereby allege that Montini:

    a.    is not a member on active duty of the United States Army, United States Navy, United States Air Force, United States Marine Corps, or United States Coast Guard;

    b.    is not a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds;

    c.    is not a commissioned officer of the Public Health Service or the

---

[2] The United States Army's personnel locator service does not permit telephonic inquiries.

National Oceanic and Atmospheric Administration, active service;

   d. is not a member of the uniformed services, as defined under 10 U.S.C. § 101(a)(5), who is absent from duty on account of sickness, wounds, leave, or other lawful cause;

   e. is not a citizen of the United States who is serving (within the meaning of military service as defined § 101(2) of the Act) with the forces of a nation with which the United States is allied in the prosecution of a war or military action;

   f. has not been ordered to report for induction under the Military Selective Service Act, as amended, 50 U.S.C. app. §§ 451-473; and

   g. is not a member of the Army National Guard, Army Reserve, Naval Reserve, Marine Corps Reserve, Air National Guard, Air Force Reserve or Coast Guard Reserve, and ordered to report for military service.

  5. Montini is currently self-employed as a political strategist and consultant and works out of his residence in Dacula, Georgia.

  6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 23, 2006

            /s/ Alexander C. Vincent
            Alexander C. Vincent
             D.C. Bar No. 472459

            1101 17th Street, N.W.
            Suite 1100
            Washington, D.C. 20036-4798
            Telephone: (202) 293-5555
            Fax: (202) 293-9035
            E-mail: acv@bcr-dc.com