Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.
_____

        Plaintiff(s)

    V.

Civil Action No. 06-674 (GK)

MARK MONTINI
_____

        Defendant(s)

RE: MARK MONTINI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 24, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of May, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
               Deputy Clerk