UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERLINER, CORCORAN & ROWE, L.L.P.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-674 (GK) |
| : | |
| **MARK MONTINI,** : | |
| : | |
| **Defendant,** : | |

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Default Judgment by the Clerk, and there being no Opposition filed, it is this 15th day of June, 2006, hereby

**ORDERED**, that Plaintiff's Motion is **granted**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**