UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.,  :
:
:
:
      Plaintiff,                                Civil Action No. 06-674
:
v.                                             :
:
MARK MONTINI,                       :
:
:

      Defendant,

## DEFAULT JUDGMENT

Pursuant to the Court's Order of June 16, 2006 granting Default Judgment,

IT IS ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiffs Berliner, Corcoran & Rowe, L.L.P. and against Defendant Mark Montini in the amount of ONE HUNDRED FIFTY-NINE THOUSAND, TWO HUNDRED TWENTY-SIX DOLLARS AND NINETY-NINE CENTS ($159,226.99) and costs.

Nancy Mayer-Whittington, Clerk

By: /s/ _____
      Tonya T. Hightower
      Deputy Clerk

By Direction of
Gladys Kessler, U.S. District Judge